# **RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 19-CV-24291-BB

Plaintiff:
**VICTOR ARIZA**

vs.

Defendant:
**UNTUCKIT, LLC, a foreign limited liability company**


CPP2019001266

For:
Pelayo M. Duran, Esq.
LAW OFFICE OF PELAYO DURAN, P.A.
4640 N.W. 7th Street
Miami, FL 33126

Received by Elizabeth Bockmeyer on the 18th day of October, 2019 at 2:52 pm to be served on **Untuckit, Llc, A Foreign Limited Liability Company Registered Agent: Corporate Creations Network, Inc., 11380 Prosperity Farms Road #221e, Palm Beach Gardens, FL 33410.**

I, Elizabeth Bockmeyer, do hereby affirm that on the **21st day of October, 2019** at **12:12 pm**, I:

**CORPORATE REGISTERED AGENT EMPLOYEE:** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, COMPOSITE EXHIBIT A, EXHIBIT B and PRESERVATION LETTER** with the date and hour of service endorsed thereon by me, to: **Raziur Rahman** who is an employee for the Registered Agent for **Untuckit, Llc, A Foreign Limited Liability Company** at the address of **11380 Prosperity Farms Road, #221E, Palm Beach Gardens, FL 33410**, and informed said person of the contents therein, in compliance with Federal Rules of Civil Procedure, Florida Statute 48.081(3)(a) or other state statute as applicable after having first made an attempt during registered agent hours and the registered agentnot being available.

**Description** of Person Served: Age: 40, Sex: M, Race/Skin Color: Middle Eastern, Height: 5'11, Weight: 175, Hair: Black, Glasses: N

Under penalties of perjury, I declare that I have read the foregoing and that the facts stated in it are true. I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the county in which service was effected in accordance with State Statutes.

Elizabeth Bockmeyer
Process Server-1156

Civil Process, LLC
7350 NW 77 ST
Medley, FL 33166
(305) 375-9111

Our Job Serial Number: CPP-2019001266
Ref: Ariza v. Untuckit, LLC