UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-24291-BLOOM/Louis

VICTOR ARIZA,

    Plaintiff,

v.

UNTUCKIT, LLC, a foreign
limited liability company,

    Defendant.
_____/

## DEFAULT FINAL JUDGMENT

**THIS CAUSE** is before the Court upon the Plaintiff Victor Ariza's ("Plaintiff") Motion for Default Final Judgment, ECF No. [12] ("Motion"), filed on December 16, 2019. The Court granted the Motion in a separate order. Pursuant to Federal Rule of Civil Procedure 58(a), the Court enters this separate Final Default Judgment.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion, **ECF No. [12]**, is **GRANTED**.
2. Default Final Judgment is entered in favor of Plaintiff Victor Ariza, and against Defendant Untuckit, LLC, in the above-styled action.
3. Plaintiff shall file a separate application for the fees, costs, and expenses requested **by no later than January 21, 2020**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on December 20, 2019.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

UNTUCKIT, LLC
Registered Agent: Corporate Creations Network, Inc.
11380 Prosperity Farms Road #221E
Palm Beach Gardens, FL 33410

Chris Riccobono
Untuckit LLC
110 Greene Street
Suite 400
New York, NY 10012